RECORDS v. TAPE CORP.
and BROADCASTING SYSTEM v. TAPE CORP.

No. 103 PC.

Case below: 18 N.C. App. 183.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

SCHAFRAN v. HARRIS

No. 87 PC.

Case below: 17 N.C. App. 500.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

SIMMS v. STORES, INC.

No. 113 PC.

Case below: 18 N.C. App. 188.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 12 July 1973.

STATE v. ALEXANDER

No. 120 PC.

Case below: 18 N.C. App. 460.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. AVERY

No. 110 PC.

Case below: 18 N.C. App. 321.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.